UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAKIRA NELSON, KENNETH S. JONES and RUBEN LOPEZ, JR., | : : | CIVIL ACTION NO. 3:17-cv-122-VAB |
|    Plaintiffs | : : | |
| v. | : : | |
| THE HARTFORD AUTO GROUP, INC. d/b/a BARBERINO MITSUBISHI-HARTFORD, | : : : | NOVEMBER 22, 2017 |
|    Defendant | : | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiffs, Shakira Nelson, Kenneth S. Jones, and Ruben Lopez, Jr., through their attorney, and the defendant, The Hartford Auto Group, Inc. d/b/a Barberino Mitsubishi-Hartford, through their attorneys, hereby stipulate that the parties' claims shall be dismissed with prejudice and without costs or attorney's fees.

                                                                PLAINTIFFS, SHAKIRA NELSON, KENNETH
                                                                S. JONES and RUBEN LOPEZ, JR.,

                                                                By: /s/ *Daniel S. Blinn*
                                                                      Daniel S. Blinn (ct02188)
                                                                     dblinn@consumerlawgroup.com
                                                                     Consumer Law Group, LLC
                                                                     35 Cold Spring Rd. Suite 512
                                                                     Rocky Hill, CT  06067
                                                                     Tel. (860) 571-0408
                                                                     Fax (860) 571-7457

DEFENDANT, THE HARTFORD AUTO
GROUP, INC. d/b/a BARBERINO
MITSUBISHI-HARTFORD

By: /s/ *John F. Conway*
    John F. Conway (ct04763)
    Loughlin Fitzgerald
    150 South Main Street
    Wallingford, CT 06492
    Tel: (203) 265-2035
    Fax: (203) 269-3487
    jconway@lflaw.com

## CERTIFICATION

I hereby certify that on this 22nd day of November, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ *Daniel S. Blinn*
    Daniel S. Blinn